Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | No. C 06 0957 MJJ<br><br>Before the Honorable MATRIN J. JENKINS<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  May 9, 2006<br>Conference Time:  2:00 p.m.<br>Location:  Courtroom 11, Fl. 19 |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 9th, 2006 Case Management Conference ("CMC") to _____, at _____. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: 5/9/2006

_____
HONORABLE Martin J. Jenkins
United States District Court Judge

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1